Decision Per Curiam.

---

John F. Bartleson and Evans Haile, Appellants, vs. Charles W. Vincent and George B. Wheeler, as executors of the last will and testament of George Ross, deceased, Appellees.

## DIVISION B.

Appeal from the Circuit Court, Alachua county; William A. Hocker, Judge.

*Evans Haile,* for Appellants.

*W. W. Hampton,* for Appellees.

The bill in this cause was filed by the appellees against the appellants. There were decrees for the complainants, and the defendants appeal. The decrees are affirmed.